IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OLGA TORRES and PEDRO BONILLA     *
       Plaintiffs,                 * CIVIL ACTION NO.
                              *    06-2158 (JAG)
       v.                          *
                              * COMPLAINT FOR
BELLA VISTA HOSPITAL, INC., et. al.   * DECLARATORY
       Defendants.              * JUDGMENT, ERISA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF
EXTENSION OF TIME TO RESPONSE TO DEFENDANTS' STATEMENTS OF FACTS
PRESENTED BY DEFENDANT WATSON WYATT**

TO THE HONORABLE COURT:

COMES NOW Plaintiffs Olga Torres and Pedro Bonilla, (hereinafter referred to as "Olga Torres and Pedro Bonilla" or Plaintiffs), through her undersigned attorney and respectfully request this Honorable Court the reconsideration of the order denying Plaintiffs' motion for extension of time filed on September 27, 2007 (docket 81).

1.      Plaintiffs' request for such extension of time was to response to defendants' Watson Wyatt is introducing new allegations and additional evidence in this case, not considered by the Honorable Magistrate in issuing the **Magistrate Judge's Report and Recommendation.**

2.      Defendant Watson Wyatt & Company, with its **Partial Objection to Report and Recommendation** (docket 80) filed a **Statement Under Penalty Of Perjury** in Support of his Motion for Summary Judgment; see paragraph 3 of Statement of Material Facts a file by codefendant Watson Wyatt (docket 79). This is a statement from an employee of Watson Wyatt, Mr. Peter Mills that

was not considered by the Honorable Magister in issuing its Report and Recommendation.

3.    Plaintiff's position is that this Honorable Court may not permit defendant Watson Wyatt to present this additional evidence as part of its **Partial Objection to Report and Recommendation.** Even less, without at least providing Plaintiffs the opportunity to oppose and response to such defendant new **Statement of Material Facts** (docket 79).

4.    Defendant Watson Wyatt Company and codefendant Pannel Kerr Foster assisted other defendants, some of them fiduciaries under ERISA, to operate the plan since 1982 as an ERISA plan. Watson Wyatt, then exercising discretion, recommended, assisted and performed the services to liquidate and terminate the plan without complying with the ERISA and the Pension Benefit Guaranty Corporation (PBGC) valuation provisions. For this reason, we consider necessary to properly oppose to such new evidence, which includes an engagement letter between Bella Vista Hospital, Inc. and Watson Wyatt, dated April 11, 2003.

**WHEREFORE,** Plaintiffs respectfully request the Honorable Court to grant Plaintiffs fifteen (15) days, until October 19, 2007 to file their response to defendant Watson Wyatt new Statement of Material Facts and Statement Under Penalty Of Perjury.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Cristina S. Belaval-Burger, cbelaval@mocpr.com; Francisco J. Colon-Pagan,

2

fjcolon@colonlaw.com; Juan A. Marques-Diaz, jam@mcvpr.com; Carlos Martinez-Texidor, martexfed@prte.net; Alberto Rodriguez-Ramos, arodzramos@mocpr.com; Manuel A. Segarra-Vazquez, maslaw@coqui.net; Fernando J. Valderrabano-Marina, fvalderrabano@mocpr.com.

In Mayaguez, Puerto Rico, this 4 days of October, 2007.

s/ Luis Vivaldi Oliver
U.S.D.C.P.R. 214413
Attorney for Plaintiff

**LAW OFFICES OF**
**LUIS VIVALDI OLIVER**
P.O. Box 876
Mayagüez, P.R. 00681
Post Sur #F171
Mayagüez, PR 00681
Tel.: (787) 834-4620
Fax.: (787) 805-4393
E-mail: vivaldipension@prte.net