## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

OLGA TORRES, ET AL.

    Plaintiffs,

        v.

BELLA VISTA HOSPITAL, INC., ET AL.

    Defendant.

Civil N0.  06-2158 (JAG)

### ORDER

This Magistrate Judge disqualifies himself from any further proceedings in this case.  See 28 U.S.C. §455(a).  The matter is referred to the Clerk's Office to be assigned to another Magistrate Judge.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of March, 2008.

s/ Marcos E. López
MARCOS E. LÓPEZ
UNITED STATES MAGISTRATE JUDGE