**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

OLGA TORRES and PEDRO BONILLA,

    **Plaintiff(s)**

        **v.**                        **CIVIL NO.** 06-2158(JAG)

BELLA VISTA HOSPITAL, INC., <u>et</u> <u>at</u>.,

    **Defendant(s)**

**PARTIAL JUDGMENT**

In accordance with the order issued today, (Docket No. 122), and there being no just reason for delay, the Court hereby enters judgment pursuant to Fed.R.Civ.P. 54(b) dismissing Plaintiffs' claims against Defendants Miguel Ramos, Johan Doe, and their conjugal partnership.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18ᵗʰ day of November 2008.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge