**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| OLGA TORRES et al., | |
| **Plaintiff(s)** | |
| **v.** | **CIVIL NO.** 06-2158 (JAG) |
| BELLA VISTA HOSPITAL, INC., et al., | |
| **Defendant(s)** | |

**JUDGMENT**

Pursuant to the Opinion and Order entered on this date, (Docket No. 165), the Court hereby enters judgment dismissing the present case.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of May, 2009.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge