IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OLGA TORRES AND PEDRO BONILLA, <br><br> Plaintiffs, <br><br> v. <br><br> THE ANTILLIAN UNION CONFERENCE OF SEVENTH DAY ADVENTIST, THE RETIREMENT COMMITTEE OF THE GENERAL CONFERENCE OF SEVENTH DAY ADVENTIST INTERAMERICAN DIVISION, THE GENERAL CONFERENCE OF THE SEVENTH DAY ADVENTIST, BELLA VISTA HOSPITAL PENSION PLAN AND TRUST, THE ADVENTIST OF THE SEVENTH DAY INTERAMERICAN DIVISION RETIREMENT PLAN, BELLA VISTA HOSPITAL, INC. 401K PLAN, THE WATSON WYATT COMPANY, PANNELL, KERR & FOSTER, MIGUEL RAMOS AND RUBÉN PÉREZ, <br><br> Defendants. | CIVIL NO.  06-2158 (JAG) |

**OPPOSITION TO PLAINTIFFS' *"MOTION IN SUPPORT TO REOPENING THE CASE BASED IN NEW FRAUD EVIDENCE RESULTING FROM DECLARATION OF THE PLANS ADMINISTRATORS"* (DOCKET NO. 221)**

TO THE HONORABLE COURT:

COMES NOW co-defendant Watson Wyatt & Company, now known as Towers Watson & Co. ("Watson Wyatt"), by and through its undersigned counsel, appearing specially and without submitting itself to the Honorable Court's jurisdiction, and respectfully states and prays as follows:

1.     On June 3, 2016, Plaintiffs filed a "Motion in Support to Reopening the Case Based in New Fraud Evidence Resulting from Declaration of the Plans

Administrators" (Docket No. 221) in a renewed attempt to reopen this case based on a rehash of the same arguments that have previously been discredited by this Court.

2.     Plaintiffs have once again failed to set forth any new argument or evidence that could support their request to reopen the instant case.   Indeed, as expressed in co-defendant Bella Vista Hospital, Inc. ("Bella Vista")'s *"Motion in Opposition to Plaintiffs' Motion Submitting Declaration of Plan Administrator as New Evidence to Respond to Defendants' Exhibit"* (Docket No. 216), Plaintiffs' latest filing is yet another "improper new motion requesting reconsideration and/or … relief of judgment, with the same old … general and ungrounded allegations." (*Id.*, at ¶ 1).

3.     Docket No. 221 further evidences that Plaintiffs are inappropriately attempting to have this Honorable Court overturn the Court of First Instance's April 13, 2016 Judgment, as Bella Vista rightly commented in Docket No. 216, ¶ 1.

4.     Thus, for the same reasons discussed in Docket No. 216, Watson Wyatt opposes Docket No. 221.  Notwithstanding, Watson Wyatt reserves the right to join in any opposition to Docket No. 221 that any co-defendant may subsequently file.

WHEREFORE Watson Wyatt respectfully requests that this Honorable Court deny Plaintiffs' Motions at Docket Nos. 221, 213, and 204.

RESPECTFULLY SUBMITTED.

WE HEREBY CERTIFY  that today this document was electronically filed with the Clerk of the Court using the CM/ECF system which shall automatically notify the parties' attorneys of record at their e-mail addresses and which, pursuant to Local Civil Rule 5(b)(2), constitutes the equivalent of service.

In San Juan, Puerto Rico, this 17th day of June, 2016.

McCONNELL VALDÉS LLC
*Attorneys for*
*Watson Wyatt Company*
270 Muñoz Rivera Ave.
Hato Rey, PR  00918
P.O. Box 364225
San Juan, PR  00936-4225
http://www.mcvpr.com
Tel. (787) 250-2619
Fax. (787) 759-2792

*s/Juan A. Marqués Díaz*
Juan A. Marqués-Díaz
USDC-PR No. 211803
jam@mcvpr.com

*s/ Sonia M. López-del Valle*
Sonia M. López-del Valle
USDC-PR No. 231413
sld@mcvpr.com

3