# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Olga Torres Pagan  and Pedro Bonilla Concepción<br><br>Plaintiffs<br><br>v.<br><br>Bella Vista Hospital, Inc.,  Antillian Union Conference of Seventh Day Adventist, the Retirement Committee of the General Conference of Seventh Day Adventist Interamerican Division,General Conference of the Seventh Day Adventist, Bella Vista Hospital Pension Plan And Trust, Adventist of the Seventh Day Interamerican Division Retirement Plan, Bella Vista Hospital, Inc. 401k Plan, Watson Wyatt Company, Pannell, Kerr & Foster, Miguel Ramos and Ruben Perez,<br><br>Defendants. | CIVIL NO.: 06-2158 (JAG)<br><br>Complaint For Declaratory Judgment ERISA |

## NOTICE OF APPEAL

TO THE HONORABLE COURT

Notice is hereby given that  Olga Torres Pagan and Pedro Bonilla Concepcion, plaintiffs in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the and Order  entered on September 19, 2016 by the Honorable District Court Judge Jay A. Garcia- Gregory.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on October 17, 2016.

**I HEREBY CERTIFY**:   That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM\ECF system which will send notification of  such filing to the  foregoing: Carlos Martinez- Vivas  at lawoffice@mtmvlaw.com  Robert  Millán,  Esq. rmi3183180@aol.com; Cristina S. Belaval Burger, Esq., cbelaval@mocpr.com; Alberto

Rodríguez Ramos, Esq., arr@edgelegalpr.com; Juan A. Márquez-Díaz, Esq. jam@mcvpr.com; Manuel A. Segarra-Vázquez, Esq., masvlaw@onelinkpr.net; Francisco Colón-Pagán, Esq., fjcolon@colonlaw.com; Fernando J. Valderrabano-Marina, Esq., fvalderrabano@mocpr.com; and Ariadna Alvarez, Esq., arialvarez@aol.com.

In San Juan, Puerto Rico this 3[th] day of August 3, 2016.

**s/Luis Vivaldi Oliver**
**Luis Vivaldi Oliver, Esq.**
U.S.D.C.P.R. 214413
Attorney for Plaintiff
**LAW OFFICES OF**
**LUIS VIVALDI OLIVER**
P.O. Box 191340
San Juan, P.R. 00919
Tel. (787) 413-2218