# United States Court of Appeals
## For the First Circuit

————————————

No. 16-2316

OLGA TORRES; PEDRO BONILLA,

Plaintiffs, Appellants,

v.

BELLA VISTA HOSPITAL, INC.; BANCO POPULAR DE PUERTO RICO;
THE WATSON WYATT COMPANY; RUBÉN PERÉZ; JOHANA DOE 1;
CONJUGAL PARTNERSHIP PERÉZ-DOE 1,

Defendants, Appellees,

THE ANTILLIAN UNION CONFERENCE OF THE SEVEN DAY ADVENTIST; THE
RETIREMENT COMMITTEE OF THE GENERAL CONFERENCE OF THE SEVENTH DAY
ADVENTISTS INTERAMERICAN DIVISION; THE GENERAL CONFERENCE OF THE
SEVENTH DAY ADVENTIST; BELLA VISTA PENSION PLAN AND TRUST; THE
ADVENTIST OF THE SEVENTH DAY INTERAMERICAN DIVISION RETIREMENT
PLAN; BELLA VISTA HOSPITAL, INC. 401K PLAN AND TRUST; PANNELL KERR &
FOSTER, L.L.P.; MIGUEL RAMOS; JOHANA DOE;
CONJUGAL PARTNERSHIP RAMOS-DOE,

Defendants.

————————————

**JUDGMENT**

Entered: January 25, 2019

This cause came on to be submitted on the briefs and original record on appeal from the
United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The
judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert Millan
Luis A. Vivaldi-Oliver
Carlos Guillermo Martinez Vivas
Cristina S. Belaval-Burger
Ariadna Alvarez
Juan A. Marques-Diaz
Sonia Margarita Lopez Del Valle-Carrera
Manuel Alejandro Segarra Vazquez
Francisco Jose Colon-Pagan